UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARDIOLOGY CARE FOR CHILDREN INC., Plaintiff, | : : : |
| v. | : No. 5:17-cv-04743 : |
| PRASAD RAVI, M.D., Defendant. | : : : |

**O R D E R**

**AND NOW**, this 18th day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 3, is **GRANTED in part and DENIED is part** as follows:

    A. The Motion is denied with respect to one theory of liability in the breach of contract claim and Count One of the Complaint may proceed.

    B. The Motion is denied without prejudice regarding the request to dismiss or strike the liquidated damages provision in the Employment Agreement.

    C. The Motion is granted as to the promissory estoppel claim and Count Two is **DISMISSED with prejudice**.

    D. The Motion is granted as to the unjust enrichment claim and Count Three is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge